IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE IBEW LOCAL 38 HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | Case No. 1:08-CV-1891 |
| Plaintiffs, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) ) | **NOTICE OF DISMISSAL** |
| DALLIS SERVICES, INC., *et al.* | ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the above-captioned case without prejudice.

**Goldstein Gragel LLC**

/s/ Gina Fraternali
Joyce Goldstein, Esq. (#0029467)
 *jgoldstein@ggcounsel.com*
Gina Fraternali, Esq. (#0081502)
 *gfraternali@ggcounsel.com*
1040 The Leader Building
526 Superior Avenue E.
Cleveland, Ohio 44114
(216) 771-6633
(216) 771-7559 (fax)

IT IS SO ORDERED.

Counsel for the Funds

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

NOVEMBER 14, 2008